**VIRGINIA HICKS v. GEORGE HICKS**

36 So. (2nd) 276                              June Term, 1948

June 15, 1948                                   Division A

**PER CURIAM:**

Affirmed.

---

**NAN-CES-O-WEE HOTEL, INC., a corporation, v. MRS. SADIE KAHN,** Executor of the Estate of M. Kahn, deceased.

36 So. (2nd) 276                              June Term, 1948

June 15, 1948                                   Division A

**PER CURIAM:**

Affirmed.

---

**IN RE: ESTATE OF W. A. JACKSON; PURITAN MILLS, INC., a** Corporation under the Laws of Georgia v. MILTON O. HOLLIS, JR., as Administrator of the Estate of W. A. Jackson, deceased; Hillsborough Feed & Milling Company, a corporation; and Hermitage Feed Mills, a corporation.

36 So. (2nd) 276                              June Term, 1948

June 15, 1948                                   Division A

**PER CURIAM:**

Affirmed.

---

**CITY OF JACKSONVILLE, a municipal corporation, v. THE H. & W. B.** DREW COMPANY, a corporation.

36 So. (2nd) 447                              June Term, 1948

June 18, 1948                                   Division A

**PER CURIAM:**

Certiorari denied.

---

**HELEN M. WEBB, NORMAN BENNETT, DIXIE LILY MILLING COMPANY, a corporation, and KINCHAFOONEE MILLING COMPANY, a corporation, v. CONE BROTHERS CONTRACTING COMPANY, a corporation; AND HELEN M. WEBB, NORMAN BENNETT, DIXIE LILY MILLING COMPANY, a corporation, and KINCHAFOONEE MILLING COMPANY, a corporation, v. CONE BROTHERS CONTRACTING COMPANY, a corporation, for the** use and benefit of ANNIE BELLE HOLLIS and CONTINENTAL CASUALTY COMPANY, a corporation.

36 So. (2nd) 449                              June Term, 1948

June 18, 1948                           Special Division B

**PER CURIAM:**

Affirmed.